920

No. 487.  ISAACS *v.* MARYLAND.  Court of Appeals of Maryland.  Certiorari denied.  *Richard H. Love* for petitioner.

No. 488.  SNAKARD *v.* FRANKFORT OIL Co.  C. A. 10th Cir.  Certiorari denied.  *Peyton Ford* and *John B. Dudley, Jr.* for petitioner.  *Mathias F. Correa, John W. Nields, T. Murray Robinson* and *Leon Shipp* for respondent.

No. 499.  FLOTILL PRODUCTS, INC., *v.* FEDERAL TRADE COMMISSION.  C. A. 9th Cir.  Certiorari denied.  *William Simon, John Bodner, Jr.* and *Jefferson E. Peyser* for petitioner.  *Solicitor General Rankin, Assistant Attorney General Bicks, Charles H. Weston, PGad B. Morehouse* and *Alan B. Hobbes* for respondent.

No. 502.  AMERICAN MUTUAL LIABILITY INSURANCE Co. *v.* ASHLEY ET AL.  C. A. 9th Cir.  Certiorari denied.  *M. Mitchell Bourquin* for petitioner.  *J. Wilmar Jensen* for respondents.

No. 506.  HALL *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.  *Evan A. McLinn* for petitioner.  *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 511.  HOWZE *v.* ARROW TRANSPORTATION CO. ET AL.  C. A. 5th Cir.  Certiorari denied.  *Jacob Rassner* for petitioner.  *Eberhard P. Deutsch* and *René H. Himel, Jr.* for Arrow Transportation Co., and *C. A. L. Johnstone, Jr.* for Zurich Insurance Co., respondents.